IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MCINTIRE,<br><br>                Plaintiff,<br>vs.<br><br>I.C. SYSTEM, INC.,<br><br>                Defendant. | Civil Action No.<br><br>2:12-cv-04247-CDJ |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of all of Plaintiff, Joseph McIntire's, claims against Defendant, I.C. System, Inc., in the above-captioned matter, with prejudice. A proposed order of dismissal is attached hereto as **Exhibit A**.

Dated: September 27, 2012

Respectfully submitted,

_____
CYNTHIA Z. LEVIN, ESQUIRE
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone 888-595-9111 ext 618
Attorney for Plaintiff
Joseph McIntire

/s/ Ronald M. Metcho
RONALD M. METCHO, ESQUIRE
Marshall, Dennehey, Warner,
Coleman & Goggin, P.C.
2000 Market Street, Suite 2300
Philadelphia, PA 19103
Phone (215) 575-2595
Attorneys for Defendant
I.C. System, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MCINTIRE,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>I.C. SYSTEM, INC.,<br>　　　　　　Defendant. | Civil Action No.<br><br>2:12-cv-04247-CDJ |

**IT IS HEREBY ORDERED:**

1. That, pursuant to the parties' September 27, 2012 Joint Stipulation of Dismissal, all claims asserted in Civil Action No. 2:12-cv-04247-CDJ are dismissed with prejudice; and

2. That all parties shall bear their own attorneys' fees and costs incurred in this action; and

3. That the Court's files for this action are closed.

**SO ORDERED** this _____ day of _____, 2012.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE C. DARNELL JONES, II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE