# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOSEPH MCINTIRE, | |
|---|---|
| Plaintiff, | Civil Action No. |
| vs. | 2:12-cv-04247-CDJ |
| I.C. SYSTEM, INC., | |
| Defendant. | |

**FILED**
SEP 28 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**IT IS HEREBY ORDERED:**

1. That, pursuant to the parties' September 27, 2012 Joint Stipulation of Dismissal, all claims asserted in Civil Action No. 2:12-cv-04247-CDJ are dismissed with prejudice; and

2. That all parties shall bear their own attorneys' fees and costs incurred in this action; and

3. That the Court's files for this action are closed.

SO ORDERED this 27th day of Sept., 2012.

_____
HONORABLE C. DARNELL JONES, II
UNITED STATES DISTRICT JUDGE

**ENTERED**
SEP 28 2012
CLERK OF COURT